**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
e-mail: vshjah@aol.com

Attorney for Claimant
**DAVID McELVAIN**

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CIV-S-04-2470 LKK/KJM |
| Plaintiff, | ORDER |
| v. | |
| REAL PROPERTY LOCATED AT 11550 MUSHROOM TRAIL, GRASS VALLEY, NEVADA COUNTY, CALIFORNIA, BEARING APN: 53-130-31 INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

Based upon the stipulation of the parties, and good cause appearing, it is hereby ORDERED that the discovery cut-off date in this matter is extended until November 15, 2005.

DATED: August 30, 2005.      /s/Lawrence K. Karlton
                              Lawrence K. Karlton
                              Senior Judge
                              U.S. District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -