UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

REAL PROPERTY LOCATED AT 11550 MUSHROOM TRAIL, GRASS VALLEY, NEVADA COUNTY, CALIFORNIA, APN: 53-130-31, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

        Defendant.

                          NO. CIV. S-04-2470 LKK/KJM

O R D E R

    A hearing in this case is presently scheduled for October 24, 2005, at 10:00 a.m., on the Law and Motion Calendar of this court pursuant the United States' Motion for Summary Judgment.  Local Rule 78-230(c) for the Eastern District of California specifies that an opposition or statement of non-opposition to the granting of the motion shall be in writing and shall be served and filed not less than fourteen (14) days prior to the hearing. Claimant has failed to file an opposition or statement of non-opposition.

1

1    Accordingly, the court ORDERS as follows:

2    1.  Counsel for claimant is hereby ORDERED TO SHOW CAUSE in writing not later than ten (10) days from the effective date of this order why sanctions should not issue in the above-captioned case in the amount of One Hundred Fifty Dollars ($150) as required by Local Rule 11-110 for failure to file a timely opposition in accordance with Local Rule 78-230, unless that party timely files a written Statement of No Opposition.  Hearing shall be held on the Order to Show Cause at the time of hearing on this motion.

3    2.  The hearing on the motion for summary judgment presently before the court is CONTINUED to November 7, 2005, where it will be called on the court's regularly scheduled Law and Motion Calendar, beginning at 10:00 a.m.

4    3.  Claimant's counsel is directed to file and serve the opposition no later than October 24, 2005 at 4:00 p.m.

IT IS SO ORDERED.

DATED: October 12, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2