1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,

NO. CIV. S-04-2470 LKK/KJM

11          Plaintiff,

12      v.

13  REAL PROPERTY LOCATED AT 11550                    O R D E R
    MUSHROOM TRAIL, GRASS VALLEY,
14  NEVADA COUNTY, CALIFORNIA,
    APN:  53-130-31, INCLUDING ALL
15  APPURTENANCES AND IMPROVEMENTS
    THERETO,
16
            Defendant.
17  _____/

18      The court is in receipt of claimant's response to the order

19  to show cause and motion to continue the hearing on the

20  government's motion for summary judgement.  The court is also in

21  receipt of the government's response and the parties' cross-reply

22  briefs.

23      A hearing on this case was scheduled for November 7, 2005, at

24  10:00 a.m., on the Law and Motion Calendar of this court pursuant

25  to the government's motion for summary judgment.  Local Rule 78-

26  230(c) for the Eastern District of California specifies that an

1

1   opposition or statement of non-opposition to the granting of the

2   motion shall be in writing and shall be served and filed not less

3   than fourteen (14) days prior to the hearing.  Claimant has failed

4   to file an opposition or statement of non-opposition.

5        The court hereby ORDERS as follows:

6        1.  The hearing on the motion for summary judgment presently

7   before the court is CONTINUED to December 12, 2005, where it will

8   be called on the court's regularly scheduled Law and Motion

9   Calendar, beginning at 10:00 a.m.

10       2.  Claimant's counsel is directed to file and serve the

11  opposition no later than November 28, 2005 at **4:00 p.m.**   The

12  government's reply brief, if any, is due not later than December

13  5, 2005.

14       3.  As for the claimant's response to the order to show cause,

15  the court finds that no good cause has been shown.  Therefore, the

16  court ORDERS that counsel for claimant is SANCTIONED in the amount

17  of one hundred and fifty ($150.00) dollars.  This sum shall be paid

18  to the Clerk of the Court no later than thirty (30) days from the

19  effective date of this order.  Counsel shall file an affidavit

20  accompanying the payment of this sanction which states that it is

21  paid personally by counsel, out of personal funds, and is not and

22  will not be billed, directly or indirectly, to the client or in any

23  way made the responsibility of the client as attorneys' fees or

24  costs.

25  ////

26  ////

1     4.   Should claimant's counsel fail to file an opposition by

2  November 28, 2005, the court will impose other sanctions which may

3  include more substantial monetary sanctions and/or dismissal of the

4  claim.

5     IT IS SO ORDERED.

6     DATED:  October 31, 2005.

7                              /s/Lawrence K. Karlton
                               LAWRENCE K. KARLTON
8                              SENIOR JUDGE
                               UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26