```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2723

 5  Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED AT 11550 MUSHROOM TRAIL, GRASS VALLEY, NEVADA COUNTY, CALIFORNIA, APN: 53-130-31, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>    Defendant. | **2:04-CV-2470 LKK/KJM**<br><br>STIPULATION TO MODIFY STATUS (PRETRIAL SCHEDULING) CONFERENCE ORDER AND TO CONTINUE FINAL PRETRIAL CONFERENCE AND ORDER<br><br>DATE: February 6, 2006<br>TIME: 2:30 p.m.<br>COURTROOM: 4 |
|---|---|

Plaintiff United States of America and claimant David McElvain stipulate as follows:

    1.   The Final Pretrial Conference is currently scheduled for February 6, 2006, at 2:30 p.m.  Trial is scheduled on May 9, 2006.

    2.   The parties are currently engaged in settlement discussions.

1

3.   Counsel for plaintiff will be out of state on government business from January 22-25, 2006, and will not be available to participate in settlement discussions with claimant's counsel.

4.   Continuing the Final Pretrial Conference would conserve the parties' time and resources and would give the parties time to explore all settlement options.

5.   Accordingly, the parties jointly request that the Status (Pretrial Scheduling) Conference Order dated February 24, 2005, be modified to continue the Final Pretrial Conference for 30 days.  The parties understand that the trial date may be continued by the Court as well.

DATED: January 19, 2006          McGREGOR W. SCOTT
                                 United States Attorney


                                 By:  /s/ Kristin S. Door
                                      KRISTIN S. DOOR
                                      Assistant U.S. Attorney


DATED: January 19, 2006          By:  /s/ Victor S. Haltom
                                      VICTOR S. HALTOM
                                      Attorney for claimant
                                      DAVID McELVAIN

                              ORDER

Good cause having been shown, the Status (Pretrial Scheduling) Conference Order of February 24, 2005, is amended as follows:

1.   The Final Pretrial Conference is CONTINUED to March 6, 2006 at 3:00 p.m.;

2.   The parties' separate and joint pretrial statements

2

shall be filed in accordance with the court's Status Order and the Local Rules; and

    3.   Trial is continued to June 13, 2006 at 10:30 a.m. in Courtroom No. 4.

    IT IS SO ORDERED.

DATED: January 23, 2006.

                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT