UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

REAL PROPERTY LOCATED AT 11550 MUSHROOM TRAIL, GRASS VALLEY, NEVADA COUNTY, CALIFORNIA, APN: 43-130-31, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

        Defendant.

DAVID McELVAIN.

        Claimant.

NO. CIV. S-04-2470 LKK/KJM

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Pursuant to representations made by counsel at a Settlement Conference conducted before the Honorable William B. Shubb on April 24, 2006, the parties have settled the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than September 25, 2006.

////

1

1    All hearing dates heretofore set in this matter are hereby
2 **VACATED**.
3    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
4 <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
5 <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
6    IT IS SO ORDERED.
7    DATED:  April 25, 2006.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT