McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2723

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **2:04-CV-02470 LKK/KJM** |
| Plaintiff, | **FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| REAL PROPERTY LOCATED AT 11550 MUSHROOM TRAIL, GRASS VALLEY, NEVADA COUNTY, CALIFORNIA, APN: 53-130-31, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed May 9, 2006, the Court finds:

1.  This is a civil forfeiture action against certain real property located at 11550 Mushroom Trail, Grass Valley, Nevada County, California, APN: 53-130-31 (hereinafter referred to as the "defendant real property").

2.  A Complaint for Forfeiture In Rem was filed on November 19, 2004, seeking the forfeiture of the defendant real property, alleging that said property is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(7).

3.  On December 13, 2004, the defendant real property was posted with a copy of the complaint and notice of complaint.

4.  On January 8, 2005, a Public Notice of Posting of the defendant real property appeared by publication in The Union, a newspaper of general circulation in the county in which the defendant real property is located (Nevada County).

5.  In addition to the Public Notice of Posting having been completed, David McElvain received actual notice of this action.

6.  David McElvain filed a verified claim and answer alleging an interest in the defendant real property.

7.  No other parties filed claims or answers in this matter and the time for which any person or entity may file a claim and answer has expired.

Pursuant to the Stipulation for Final Judgment of Forfeiture, it is hereby

ORDERED AND ADJUDGED:

1.  That the Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.  That judgment is hereby entered against claimant David McElvain and all other potential claimants who have not filed claims in this action.

3.  That in accordance with the Stipulation for Final Judgment of Forfeiture, claimant sold the defendant real property. Escrow closed on or about September 6, 2006, and a check for $225,000 has been delivered to the United States Attorney's Office.

4.  That the sum of $225,000 is substituted as the res herein, and all right, title, and interest in the $225,000 is hereby

2

1  forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6),
2  to be disposed of according to law.
3      5.  That plaintiff United States of America and its servants,
4  agents, and employees and all other public entities, their
5  servants, agents, and employees, are released from any and all
6  liability arising out of or in any way connected with the posting
7  of the defendant real property or forfeiture of the $225,000 sub
8  *res*.  This is a full and final release applying to all unknown and
9  unanticipated injuries, and/or damages arising out of said posting
10 or forfeiture, as well as to those now known or disclosed.  The
11 parties waive the provisions of California Civil Code §1542.
12     6.  Pursuant to the stipulation of the parties, and
13 allegations set forth in the Complaint for Forfeiture *In Rem* filed
14 November 19, 2004, the Court finds that there was reasonable cause
15 for the posting of the defendant property, and a Certificate of
16 Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered
17 accordingly.
18     7.  That all parties are to bear their own costs and
19 attorneys' fees.
20     SO ORDERED THIS  13th   day of  September  , 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed May 9, 2006, and the allegations set forth in the Complaint for Forfeiture *In Rem* filed November 19, 2004, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of defendant property.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4